UNITED STATES of America, Plaintiff–Appellee,

v.

Paciano LIZARRÁGA–TIRADO, aka Pasiano Lizarraga–Tirado, Defendant–Appellant.

No. 13–10530.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 14, 2015.

Filed June 18, 2015.

Ryan Ellersick, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Roger H. Sigal, Esquire, Law Office of Roger H. Sigal, Tucson, AZ, for Defendant–Appellant.

Before: KOZINSKI and GRABER, Circuit Judges, and PONSOR,* Senior District Judge.

**MEMORANDUM** **

1. Defendant didn't object to the alleged instances of prosecutorial misconduct, so we review for plain error. Any error was not "plain" because the prosecu-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tor's passing reference to his interview with Agent Nunez and his statement that the case was "memorable" for Agent Garcia weren't "clear or obvious" prosecutorial misconduct. *United States v. Anguiano–Morfin,* 713 F.3d 1208, 1211 (9th Cir.2013).

2. The district court didn't abuse its discretion in admitting evidence of multiple prior removals. "[P]roving that the defendant has been previously removed is an essential element" of a section 1326 conviction, and the government may introduce evidence of multiple removals "to hedge the risk that the jury may reject the offered proof of one [removal], but not the other." *United States v. Martinez–Rodriguez,* 472 F.3d 1087, 1091 (9th Cir.2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.